# **Attachment A**



**Mohan Harihar <moharihar@gmail.com>**

---

## RE: FOURTH FEDERAL COMPLAINT IN THE 1st CIRCUIT EVIDENCES VIOLATIONS TO ARTICLE III AND 18 U.S. CODE § 2381 - JUDICIAL TREASON

---

**Mohan Harihar** <moharihar@gmail.com>                                    Sun, Nov 7, 2021 at 2:48 PM
To: constituent.services4@state.ma.us, Danielle Kelly <danielle_kelly@mad.uscourts.gov>
Cc: diane.lawton@state.ma.us, kristen.lepore@state.ma.us, kristen.clarke@usdoj.gov, Roslynn_Mauskopf@ao.uscourts.gov, elizabeth warren <elizabeth_warren@warren.senate.gov>, pamela.karlan@usdoj.gov, doj.correspondence@usdoj.gov, NewYorkComplaints Dojoig <dojoig.newyorkcomplaints@usdoj.gov>, AO_OJI@ao.uscourts.gov, Dan Jackson <dan_jackson@ao.uscourts.gov>, nathaniel.mendell@usdoj.gov, Susan Goldberg <susan_goldberg@ca1.uscourts.gov>, Mariam.Harvey@treasury.gov, Keona.L.Hill@irscounsel.treas.gov, Rebecca.Tudisco@occ.treas.gov, Elizabeth.Ortiz@fincen.gov, FRC@fincen.gov, antitrust@ftc.gov, chairmanoffice@sec.gov, Ombudsman@frb.gov, CFPB_Litigation@cfpb.gov, lori trahan <lori.trahan@mail.house.gov>, Stephen lynch <Stephen.lynch@mail.house.gov>, nick.zaferakis@mail.house.gov, Jake.Auchincloss@mail.house.gov, ayanna pressley <ayanna.pressley@mail.house.gov>, maxine.waters@mail.house.gov, william.galvin@sec.state.ma.us, richard.howe@state.ma.us, gary.anderson@state.ma.us, glenn.kaplan@state.ma.us, condon@dor.state.ma.us, amy.sangiolo@state.ma.us, Eileen Donoghue <edonoghue@lowellma.gov>, "James R. (DOR)" <powersj@dor.state.ma.us>, "Claudina (DOR)" <cummingscl@dor.state.ma.us>, maura.healey@state.ma.us, boardcommunications@wellsfargo.com, charles.scharf@wellsfargo.com, andrew.cecere@usbank.com, jane.fraser@citi.com, david fialkow <david.fialkow@klgates.com>, Kevin Polansky <kevin.polansky@nelsonmullins.com>, peter.haley@nelsonmullins.com, jeffrey.patterson@klgates.com, aharmon@harmonlaw.com, mharmon@harmonlaw.com, Christopher <maffucci@casneredwards.com>, "Jeffrey B. Loeb" <JLoeb@richmaylaw.com>, maryekoontz@dahercompanies.com, kendaher@dahercompanies.com, isabelle@isabelleperkins.com, Karen_Folan@mad.uscourts.gov, Matthew McKillop <matthew_mckillop@mad.uscourts.gov>, gail_macdonald@mad.uscourts.gov, ijr@fjc.gov, kelly.grier@ey.com, ikawasaki@kpmg.com, jpfont@kpmg.com, allison.johnson1@ey.com, mark.cochran@jdcu.com, Sandra Boulay <sandra@boulaylaw.com>

<u>**LEGAL NOTICE**</u>

November 7, 2021

<u>***VIA EMAIL COMMUNICATION***</u>

The Honorable Charlie Baker
Governor of Massachusetts
Massachusetts State House
Office of the Governor

24 Beacon Street, Rm. 280
Boston, MA 02133

The Honorable F. Dennis Saylor, IV
Chief Judge
United States District Court, 1st Circuit
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**RE: FOURTH FEDERAL COMPLAINT IN THE 1st CIRCUIT EVIDENCES VIOLATIONS TO ARTICLE III AND 18 U.S. CODE § 2381 - JUDICIAL TREASON**

Dear Governor Baker and Chief Judge Saylor:

This Legal Notice is respectfully delivered to your direct attention to report a **4th Federal complaint**, where the presiding US District Court Judge has: **(1)** violated their Judicial Oath of Office; **(2)** blatantly ignored Federal Rules and the Constitution; **(3)** failed to disclose Conflicts of Interest (Reference the recent **09/28/2021 Wall Street Journal Investigative Report**); **(4)** brushed aside the Plaintiff's evidenced arguments as if never mentioned; **(5)** refused to recuse despite evidence mandating disqualification; and **(6)** continued to issue orders without jurisdiction - clear violations to **ARTICLE III** and **18 U.S. CODE § 2381 - <u>Judicial Treason</u>.** As the Plaintiff in all four (4) Federal lawsuits, I have personally witnessed (and Publicly evidenced for the record) these egregious abuses of judicial power in the US District Court of Massachusetts since **2015** - also evidencing the same systemic failures for addressing judicial misconduct in the First Circuit.

As required under 18 U.S. CODE § 2381, I am formally reporting a witnessed act of Treason against The United States, committed by **DISQUALIFIED** US District Court Judge - **Hon. Indira Talwani**, who consciously decided to brush aside all evidenced arguments impacting her jurisdiction to rule further in the Civil lawsuit - *HARIHAR v JEANNE D'ARC CREDIT UNION et al, Docket No. 20-cv-12293*. On **November 2, 2021**, Judge Talwani - *"Warred against the Constitution of The United States"* by issuing a **VOID** order **without jurisdiction** in an attempt to unjustly dismiss the Plaintiff's complaint **[Ref. ECF No.'s 24 & 25 - See attached]**. A review of the Plaintiff's filed documents evidence multiple reasons why Judge Talwani has lost jurisdiction to rule further in this (or any related) case - including undisclosed Conflicts of Interest. A review of the Judge's response shows that she has either - purposefully made false statements (lied) about evidenced claims or has ignored them entirely. Since this evidenced act of Treason is part of a Court record, it has been witnessed by: **(1)** US District Court Clerks - at minimum, **Clerk of the Court - Robert F. Farrell** and **Clerk Danielle Kelly**; **(2)** Plaintiff - **Mohan A. Harihar**; and **(3)** Named

Defendants - **Jeanne D'Arc Credit Union** and **Sandra Boulay, Esq./Boulay Law Firm LLC**. Therefore, the witness requirement is satisfied under 18 U.S. CODE § 2381.

As required under 18 U.S. CODE § 2381, this criminal Treason violation is formally being reported (via email communication) directly to: **(1) The Governor of Massachusetts - Hon. Charlie Baker (R-MA); (2) US District Court Chief Judge - Hon. F. Dennis Saylor; and (3) The President of the United States - Joe Biden (separately via www.whitehouse.gov**). The US Department of Justice (DOJ) and Congressional leaders are copied on this email as the severity of evidenced criminal violations warrant removal from the Bench. Also, these evidenced judicial violations show the clear intention to deceive the Court - otherwise known as *"Fraud on the Court"* under **Fed. R. Civ. P. 60(b)(3)**. Under Rule 60, all Sovereign Immunity, **Judicial Immunity** and Litigation privilege is considered **waived**, when Fraud on the Court has been evidenced, as is the case here. Based on this newly evidenced criminal violation, there is cause to amend two (2) of the Plaintiff's other related lawsuits: **(1)** *HARIHAR v THE UNITED STATES, Docket No. 17-cv-11109*; and **(2)** *HARIHAR v HOWARD, Docket No. 18-cv-11134*. As a respectful reminder, the Court has yet to re-establish jurisdiction and initiate corrective action in both of these cases, since both of the presiding judges have evidenced the same patterns of corrupt conduct (Ref. **Hon. Denise J. Casper** and **Hon. William G. Young**). In December 2020, the US Supreme Court ruled unanimously that a person may sue government agents for damages when they violate your individual rights *(Ref. Tanzin v Tanzir)*, as is the case here (also reference **48A Corpus Juris Secundum §86**) .

The fourth related Federal complaint has been steadily gaining Nationwide (and Global) attention since 2015 - Ref. *HARIHAR v US BANK et al, Docket No. 15-cv-11880*, as recused US District Court Judge - **Hon. Allison Dale Burroughs** continues to issue orders after her *sua sponte* recusal on **June 19, 2017, without any accountability**. As a respectful reminder, **the Commonwealth of Massachusetts remains a named Defendant in this case**. The primary issues that remain unresolved in that case include (but are not limited to):

1. **Securities Fraud** under 18 U.S. Code § 3301;
2. **Economic Espionage** under 18 U.S. Code § 1831;
3. **RICO (Collusion) violations** under 18 U.S. Code CHAPTER 96;
4. **Conspiracy violations** under 18 U.S.C. § 371;
5. **Due Process/Civil Rights violations** under both the Fifth and Fourteenth Amendment; and
6. **Undisclosed Conflicts of Interest** under 18 U.S.C. § 208

In closing, these egregious and clearly criminal abuses of judicial power cannot be allowed to continue any further without accountability. I am an American-born Citizen who loves his Country and the Commonwealth of Massachusetts. **HOWEVER**, based on my interpretation of the law, these judicial failures that continue to be evidenced are an absolute disgrace - severely damaging the integrity of the judicial branch of government. **NO**

AMERICAN should **EVER** have to endure such abuses of power - and should **NEVER** be forced to represent himself as a pro se litigant, considering the complexity, severity & totality of these evidenced legal issues.

Thank you for your attention to this very serious and sensitive legal matter. For additional information on the decade-long history of this litigation, go to: mohanharihar.academia.edu

Respectfully,

**Mohan A. Harihar**
*Plaintiff/Massachusetts Homeowner/Taxpayer*
7124 Avalon Drive
Acton, MA 01720
617.921.2526 (Mobile)
Mo.harihar@gmail.com

 2 attachments

   **Plaintiff Motion Revealing Conflict of Interest & Disqualification of Judge Indira Talwani.pdf**
   1211K

   **11-02-2021 Talwani Dismissal Order Issued without Jurisdiction.pdf**
   182K